Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK SKINNER,<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT MINING CORPORATION, a Delaware Corporation; NEWMONT GOLD COMPANY, a Delaware Corporation; NEWMONT USA LIMITED, a Delaware Corporation; NEWMONT VENTURES LTD,<br><br>Defendants. | CASE NO. 2:18-cv-01787-KJD-GWF<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION FOR INTRADISTICT TRANSFER<br>[LR 6-1; LR 6-2]<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff Kirk Skinner's ("Plaintiff") response to Defendant Newmont USA Limited, et al.'s ("Defendant") motion to dismiss Plaintiff's complaint and motion for intradistrict transfer, both filed on October 24, 2018, for which the

responses to both are currently due by November 7, 2018, will both be continued to November 16, 2018.

Said continuances are being stipulated to, to give Plaintiff an adequate opportunity to respond to said motions given other matters Plaintiff's counsel currently is involved in, including multiple responses to written discovery due this week. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's responses to Defendant's motion to dismiss Plaintiff's complaint or Defendant's motion for intradistrict transfer.

| LAW OFFICES OF MICHAEL P. BALABAN | HOLLAND & HART LLP |
|---|---|
| /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br><br>Attorney for Plaintiff | /s/ Dora Lane, Esq.<br>Dora V. Lane, Esq.<br>Anthony L. Hall, Esq.<br>Susan M. Schwartz, Esq.<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>Attorney for Defendants |
| Dated: November 5, 2018 | Dated: November 5, 2018 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2018 (nunc pro tunc)